UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL FOUAD GEORGY,<br><br>    Petitioner,<br><br>    v.<br><br>U.S. DEPARTMENT HOMELAND SECURITY,<br><br>    Respondent. | Case No.  CV 10-04493 TJH (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED AND DECREED THAT the pending Petition is dismissed for lack of jurisdiction for the reasons set forth in the related Order Dismissing Petition for Lack of Jurisdiction.

Dated:  August 30, 2010

                                  TERRY J. HATTER, JR.
                            UNITED STATES DISTRICT JUDGE